# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>WILLIAM J. CIRIGNANO<br>AKA BILL J CIRIGNANO,<br><br>Debtor. | Case No. 23-15237<br><br>Chapter 13 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A., withdraws its Proof of Claim, Claim No. 4 in the amount of $10,999.31 filed on July 17, 2023.

Dated: July 18, 2023

                                        Respectfully submitted,

                                        /s/ Richard Piepes
                                        Richard Piepes
                                        Robertson, Anschutz, Schneid,
                                        Crane & Partners, PLLC
                                        6409 Congress Avenue, Suite 100
                                        Boca Raton, FL 33487
                                        Phone: 561-241-6901
                                        ChasePOCNotification@rasflaw.com
                                        Authorized agent for JPMorgan Chase Bank, N.A.
                                        s/b/m/t Chase Bank USA, N.A.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | Case No. 23-15237 |
| WILLIAM J. CIRIGNANO<br>AKA BILL J CIRIGNANO, | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I caused, the Withdrawal of Proof of Claim to be filed and served on the parties at the addresses specified below on July 18, 2023.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by First-Class Mail**
William J. Cirignano
229 Erie Avenue
Midland Park, NJ 07432

SPACE INTENTIONALLY LEFT BLANK

**Service by NEF**
Carlos D Martinez
Attorney for William J. Cirignano
cmartinez@scura.com

Marie-Ann Greenberg, Chapter 13 Trustee
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


EXECUTED ON: <u>July 18, 2023</u>

By:
<u>/s/ Richard Piepes</u>
Richard Piepes
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Phone: 561-241-6901
ChasePOCNotification@rasflaw.com
Authorized agent for JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.