Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 23−15237−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Cirignano
   aka Bill J. Cirignano
   229 Erie Avenue
   Midland Park, NJ 07432

Social Security No.:
   xxx−xx−2195

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 9, 2023.

Dated: November 9, 2023
JAN: zlh

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15237-JKS |
| William J. Cirignano | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: plncf13 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Cirignano, 229 Erie Avenue, Midland Park, NJ 07432-1603 |
| 519948437 | + | Jodi Cirignano, 389 Blue Ridge Road, Warwick, RI 02886-6695 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2023 01:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2023 01:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519953943 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 10 2023 01:05:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519948433 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 10 2023 01:05:00 | American Honda Finance Corp, 200 Continental Drive, Newark, DE 19713-4336 |
| 519948435 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 01:32:17 | Capital One Bank, P.O. Box 85064, Glen Allen, VA 23058 |
| 519948434 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 01:44:18 | Capital One Bank, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 519948436 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2023 01:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519972794 | + | Email/Text: RASEBN@raslg.com | Nov 10 2023 01:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519948438 | ^ | MEBN | Nov 10 2023 00:52:49 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519948439 | | Email/Text: camanagement@mtb.com | Nov 10 2023 01:04:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 519993176 | | Email/Text: camanagement@mtb.com | Nov 10 2023 01:04:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519948440 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 10 2023 01:03:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519948441 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 01:11:31 | Synchrony Bank/CareCredit, P.O. Box 276, Mail Code Oh3 4258, Dayton, OH 45401-0276 |
| 519948442 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 01:11:31 | Synchrony Bank/Lin, P.O. Box 981438, El Paso, |

| 519948443 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 01:32:17 | TX 79998-1438<br>Synchrony Bank/T.J.Maxx, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519995362 | + Email/PDF: ebn_ais@aisinfo.com | Nov 10 2023 01:44:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Carlos D Martinez | on behalf of Debtor William J. Cirignano carlos@martinezlegal.co |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor William J. Cirignano jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6