Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−15237−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Cirignano
   aka Bill J. Cirignano
   229 Erie Avenue
   Midland Park, NJ 07432

Social Security No.:
   xxx−xx−2195

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       11/30/23
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$7,104.50

EXPENSES
$498.35

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 13, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15237-JKS |
| William J. Cirignano | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2023 | Form ID: 137 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Cirignano, 229 Erie Avenue, Midland Park, NJ 07432-1603 |
| 519948437 | + | Jodi Cirignano, 389 Blue Ridge Road, Warwick, RI 02886-6695 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2023 23:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2023 23:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519953943 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 13 2023 23:56:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519948433 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 13 2023 23:56:00 | American Honda Finance Corp, 200 Continental Drive, Newark, DE 19713-4336 |
| 519948435 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2023 23:38:00 | Capital One Bank, P.O. Box 85064, Glen Allen, VA 23058 |
| 519948434 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 00:06:15 | Capital One Bank, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 519948436 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2023 23:55:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519972794 | + | Email/Text: RASEBN@raslg.com | Nov 13 2023 23:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519948438 | ^ | MEBN | Nov 13 2023 22:41:53 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519948439 | | Email/Text: camanagement@mtb.com | Nov 13 2023 23:56:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 519993176 | | Email/Text: camanagement@mtb.com | Nov 13 2023 23:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519948440 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 13 2023 23:55:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519948441 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2023 23:05:37 | Synchrony Bank/CareCredit, P.O. Box 276, Mail Code Oh3 4258, Dayton, OH 45401-0276 |
| 519948442 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2023 23:38:16 | Synchrony Bank/Lin, P.O. Box 981438, El Paso, |

| | | | | |
|---|---|---|---|---|
| 519948443 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Nov 13 2023 23:38:07 | TX 79998-1438<br>Synchrony Bank/T.J.Maxx, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519995362 | + Email/PDF: ebn_ais@aisinfo.com | | Nov 13 2023 23:38:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian C. Nicholas
on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Carlos D Martinez
on behalf of Debtor William J. Cirignano carlos@martinezlegal.co

Denise E. Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jamal J Romero
on behalf of Debtor William J. Cirignano jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6