

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Jamal J. Romero, Esq.
jromero@scura.com
Counsel for Debtor

**Order Filed on December 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

William J. Cirignano,

                              Debtor.

| | |
|---|---|
| Case No.: | 23-15237 |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 7, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP</u> , the applicant, is allowed a fee of $ <u>7,104.50</u> for services rendered and expenses in the amount of $<u>498.35</u> for a total of $<u>7,602.85</u> . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  will be paid outside of the plan;

The debtor's monthly plan is modified to require a payment of $<u>N/A</u> per month for <u>N/A</u> months to allow for payment of the above fee.

* The amount to be paid through the Chapter 13 Plan is $4,102.85 ($7,602.85 less $3,500.00 retainer paid).

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 23-15237-JKS

William J. Cirignano                                                                             Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                                   Page 1 of 2

Date Rcvd: Dec 08, 2023                         Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

**Recip ID**           **Recipient Name and Address**
db                  +  William J. Cirignano, 229 Erie Avenue, Midland Park, NJ 07432-1603

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:**

**Name**                        **Email Address**

Brian C. Nicholas
                                on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Carlos D Martinez
                                on behalf of Debtor William J. Cirignano carlos@martinezlegal.co

Denise E. Carlon
                                on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamal J Romero
                                on behalf of Debtor William J. Cirignano jromero@scura.com
                                dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Marie-Ann Greenberg
                                magecf@magtrustee.com

District/off: 0312-2                                      User: admin                                      Page 2 of 2

Date Rcvd: Dec 08, 2023                                  Form ID: pdf903                                  Total Noticed: 1

U.S. Trustee

            USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6