UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Jamal Romero, Esq.
jromero@scura.com
Counsel for the Debtor.

Order Filed on December 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William J. Cirignano

Debtor.

Case No.: 23-15237

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 28, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 11/06/2023 :

Property: 229 Erie Avenue Midland Park, NJ 07432

Creditor: M&T Bank

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 03/26/2024 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-15237-JKS

William J. Cirignano    Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William J. Cirignano, 229 Erie Avenue, Midland Park, NJ 07432-1603 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:

**Name    Email Address**

Brian C. Nicholas
   on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Carlos D Martinez
   on behalf of Debtor William J. Cirignano carlos@martinezlegal.co

Denise E. Carlon
   on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jamal J Romero
   on behalf of Debtor William J. Cirignano jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;sterry@scura.com

Marie-Ann Greenberg
   magecf@magtrustee.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6