SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   WILLIAM J. CIRIGNANO
      229 ERIE AVENUE
      MIDLAND PARK,  NJ  07432

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
       1599 HAMBURG TURNPIKE
       WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 23-15237

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/16/2023 | $1,000.00 | 1644065 | 09/22/2023 | $500.00 | 1644082 |
| 10/19/2023 | $500.00 | 2202001 | 11/21/2023 | $500.00 | 2202013 |
| 12/19/2023 | $500.00 | 2202029 | | | |

**Total Receipts: $3,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 217.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,102.85 | 100.00% | 2,782.50 | 1,320.35 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | UNITED STATES TREASURY/IRS | PRIORITY | 1,264.95 | 100.00% | 0.00 | 1,264.95 |
| 0007 | M&T BANK | (NEW) Prepetition | 288,995.20 | 100.00% | 0.00 | 288,995.20 |
| 0008 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SYNCHRONY BANK/CARECREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SYNCHRONY BANK/LIN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SYNCHRONY BANK/T.J.MAXX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | JPMORGAN CHASE BANK NA | UNSECURED | 9,255.46 | 100.00% | 0.00 | 9,255.46 |
| 0013 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | UNITED STATES TREASURY/IRS | UNSECURED | 18.75 | 100.00% | 0.00 | 18.75 |
| 0015 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 111.02 | 100.00% | 0.00 | 111.02 |

**Total Paid:  $3,000.00**
See Summary

**Chapter 13 Case # 23-15237**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $3,000.00       -    Paid to Claims: $0.00       -    Admin Costs Paid: $3,000.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.