UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Jamal Romero, Esq.
jromero@scura.com
Counsel for the Debtor.

**Order Filed on March 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

William J. Cirignano

Debtor.

Case No.: 23-15237

Chapter: 13

Judge: JKS

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 23, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __12/28/2023__ :

Property: 229 Erie Avenue Midland Park, NJ 07432

Creditor: M&T Bank

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by __Debtor__, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including __06/26/2024__.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2