UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Jamal J. Romero, Esq.

Order Filed on October 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William J. Cirignano,

                Debtor.

Case No.: 23-15237

Hearing Date: 10/10/2024

Judge: John K. Sherwood

Chapter: 13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 11, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. 52 ], and no objections having been raised, it is:

**ORDERED** that  SWHS&C, LLP , the applicant, is allowed a fee of $11,266.50 for services rendered and expenses in the amount of $53.77 for a total of $11,320.27 . The allowance shall be payable:

☐ through the Chapter 13 Plan as an administrative priority.

- $_____ less retainer of $_____ equals: $_____ (amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☐ Chapter 13 Plan payments will not change.

☒ outside of the Chapter 13 Plan.

* The amount to be paid outside the Chapter 13 Plan is **$8,490.20** ($11,320.27 less 25% courtesy credit).

*rev.9/30/2024*