Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−15237−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Cirignano
   aka Bill J. Cirignano
   229 Erie Avenue
   Midland Park, NJ 07432

Social Security No.:
   xxx−xx−2195

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/16/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: October 16, 2024
JAN: zlh

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William J. Cirignano  
    Debtor

Case No. 23-15237-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 16, 2024      Form ID: 148      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Cirignano, 229 Erie Avenue, Midland Park, NJ 07432-1603 |
| 519948437 | + | Jodi Cirignano, 389 Blue Ridge Road, Warwick, RI 02886-6695 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2024 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2024 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519953943 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 16 2024 20:57:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519948433 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 16 2024 20:57:00 | American Honda Finance Corp, 200 Continental Drive, Newark, DE 19713-4336 |
| 519948435 | | EDI: CAPITALONE.COM | Oct 17 2024 00:37:00 | Capital One Bank, P.O. Box 85064, Glen Allen, VA 23058 |
| 519948434 | + | EDI: CAPITALONE.COM | Oct 17 2024 00:37:00 | Capital One Bank, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 519948436 | + | EDI: IRS.COM | Oct 17 2024 00:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519972794 | + | Email/Text: RASEBN@raslg.com | Oct 16 2024 20:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519948438 | ^ | MEBN | Oct 16 2024 20:49:26 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519948439 | | Email/Text: camanagement@mtb.com | Oct 16 2024 20:57:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 519993176 | | Email/Text: camanagement@mtb.com | Oct 16 2024 20:57:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519948440 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 16 2024 20:56:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519948441 | + | EDI: SYNC | Oct 17 2024 00:37:00 | Synchrony Bank/CareCredit, P.O. Box 276, Mail Code Oh3 4258, Dayton, OH 45401-0276 |
| 519948442 | + | EDI: SYNC | Oct 17 2024 00:37:00 | Synchrony Bank/Lin, P.O. Box 981438, El Paso, |

Case 23-15237-JKS    Doc 57    Filed 10/18/24    Entered 10/19/24 00:17:26    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2024 | Form ID: 148 | Total Noticed: 18 |

| 519948443 | + EDI: SYNC | Oct 17 2024 00:37:00 | Synchrony Bank/T.J.Maxx, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519995362 | + EDI: AIS.COM | Oct 17 2024 00:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor William J. Cirignano jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4